**Silvio ORELLANA–FRANCO, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 12–71452.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2015.*

Filed May 20, 2015.

Silvio Orellana–Franco, Los Angeles, CA, pro se.

Timothy Hayes, Trial, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Silvio Orellana–Franco, a native and citizen of El Salvador, petitions pro se for review of a Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings. *Zehatye v. Gonzales,* 453 F.3d 1182, 1184–85 (9th Cir. 2006). We deny in part and grant in part the petition for review, and we remand.

Substantial evidence supports the denial of CAT relief, because Orellana–Franco has not shown it is more likely than not he will be tortured by or with the consent or acquiescence of the government if returned to El Salvador. *See Silaya v. Mukasey,* 524 F.3d 1066, 1073 (9th Cir.2008).

The agency also found Orellana–Franco failed to establish past persecution or a fear of future persecution on account of a protected ground. When the IJ and BIA issued their decisions in this case, they did not have the benefit of this court's decisions in *Henriquez–Rivas v. Holder,* 707 F.3d 1081 (9th Cir.2013) (en banc), *Cordoba v. Holder,* 726 F.3d 1106 (9th Cir.2013), and *Pirir–Boc v. Holder,* 750 F.3d 1077 (9th Cir.2014), or the BIA's decisions in *Matter of M–E–V–G–,* 26 I. & N. Dec. 227 (BIA 2014), and *Matter of W–G–R–,* 26 I.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

& N. Dec. 208 (BIA 2014). Thus, we remand Orellana–Franco's asylum and withholding of removal claims to determine the impact, if any, of these decisions. *See INS v. Ventura,* 537 U.S. 12, 16–18, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

Each party shall bear its own costs for this petition for review.

**PETITION FOR REVIEW DENIED in part; GRANTED in part; REMANDED.**